UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Midwest Operating Engineers Welfare Fund, Midwest Operating Engineers Pension Trust Fund, Operating Engineers Local 150 Apprenticeship Fund, Local 150 IUOE Vacation Savings Plan, International Union of Operating Engineers, Local 150, AFL-CIO, and the Construction Industry Research and Service Trust Fund, | |
| Plaintiffs, | Case No. 16-cv-02613 |
| v. | Judge: Rebecca R. Pallmeyer<br>Magistrate: Jeffrey Cole |
| B&W Specialized Drilling, Inc., an Indiana Corporation, | |
| Defendant. | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

Plaintiffs Midwest Operating Engineers Welfare Fund, Midwest Operating Engineers Pension Trust Fund, Operating Engineers Local 150 Apprenticeship Fund, Local 150 IUOE Vacation Savings Plan, and the Construction Industry Research and Service Trust Fund (the "Funds"), and International Union of Operating Engineers, Local 150, AFL-CIO ("Local 150"), move pursuant to Rule 55, Fed. R. Civ. P., for entry of judgment by default against Defendant B&W Specialized Drilling, Inc., (the "Company"), in the amount of $65,618.49 to the Funds; $3,793.14 to Local 150; $2,600.00 for reasonable attorneys' fees; and $580.00 for costs of this action. In support of their motion, Plaintiffs state as follows:

1.  On February 26, 2016, the Funds and Local 150 filed this action pursuant to § 301 of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. § 185; the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§ 1132, 1145; and 28 U.S.C. § 1331 (Doc. #1 at PageID #1, filed 02/26/16).

2. Count I of the Complaint is against the Company for delinquent fringe benefit contributions; Count II is against the Company to collect delinquent union dues; and Count III is against the Company to collect delinquent contributions owed to the Construction Industry Research and Service Trust Fund ("CRF") (Doc. #1 at PageID #5-7, filed 02/26/16).

3. The Funds and Local 150 served the Company with the Summons and Complaint on March 12, 2016 (Doc. #6 at PageID #1-3, filed 03/23/16). Defendant's Answer was due on or before April 4, 2016 (Doc. #6, Summons Returned Executed, filed 03/23/16).

4. As of the time of the filing of this motion, Defendant has not answered or otherwise pled in response to the Complaint.

5. As of the date of this motion, the Plaintiffs have expended $580.00 in costs (*see* Exhibit A, Certification of Steven A. Davidson dated April 20, 2016, at ¶ 10).

6. As of the date of this motion, the Plaintiffs have expended $2,600.00 in attorneys' fees (*id.*).

7. As of the date of this motion, the Funds are owed $65,618.49 (*see* Exhibit B, Certification of Thomas M. Bernstein dated April 21, 2016, at ¶ 7).

8. As of the date of this motion, Local 150 is owed $3,793.14 (*see* Exhibit C, Certification of Alicia Schnell dated April 21, 2016, at ¶ 4).

9. A proposed order is attached hereto as Exhibit D.

WHEREFORE, the Funds and Local 150 respectfully request that this Court enter Judgment by default against Defendant B&W Specialized Drilling, Inc., and in favor of the Funds in the amount of $65,618.49; in favor of Local 150 in the amount of $3,793.14; for their reasonable attorneys' fees in the amount of $2,600.00; and for their costs in the amount of $580.00.

Dated: April 21, 2016                              Respectfully submitted,

                                        By:    /s/Steven A. Davidson
                                               Attorney for the Funds and CRF


Attorney for the Funds and CRF:
Steven A. Davidson *(sdavidson@local150.org)*
Institute for Worker Welfare, P.C.
6141 Joliet Road
Countryside, IL 60525
Ph: (708) 579-6657; Fx: (708) 588-1647

Attorney for Local 150:
Dale D. Pierson *(dpierson@local150.org)*
Local 150 Legal Department
6140 Joliet Road
Countryside, IL 60525
Ph: (708) 579-6663; Fx.: (708) 588-1647

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that on April 21, 2016, he caused a copy of the foregoing ***Plaintiffs' Motion for Entry of Default and Judgment*** to be served upon the following via UPS Overnight Delivery:

B&W Specialized Drilling, Inc.
Attn: Thomas K. Witherow
9002 Indianapolis Blvd.
Highland, IN 46322

By: /s/ Steven A. Davidson
One of the Attorneys for Plaintiffs

Attorney for the Funds and CRF:
Steven A. Davidson *(sdavidson@local150.org)*
Institute for Worker Welfare, P.C.
6141 Joliet Road
Countryside, IL 60525
Ph: (708) 579-6657; Fx: (708) 588-1647